UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PHYSICAL MEDIA DISTRIBUTION LLC, DEUCE ENTERTAINMENT, LLC, MIDWEST WAREHOUSING & FULFILLMENT LLC and TOPAZ DISTRIBUTION, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.:   2:25-cv-13<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, Travelers Property Casualty Company of America ("Travelers"), by counsel, files this *Notice of Removal* to remove the above-captioned case to this Court. Travelers, appearing only to effect removal, and preserving all available defenses, states:

### VENUE

1. On December 4, 2024, Plaintiffs, Physical Media Distribution LLC, Deuce Entertainment, LLC, Midwest Warehousing & Fulfillment LLC, and Topaz Distribution, LLC, (collectively "Plaintiffs"), filed their *Complaint and Demand for Jury Trial* (the "Complaint") against Travelers in the Vigo Superior Court, Indiana, under Case Number 84D06-2412-PL-008370 (the "State Court Action"). ECF No. 1-3 at 9.

Page **1** of **7**

2. Removal of the State Court Action to the Southern District of Indiana, Terre Haute Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana, Terre Haute Division, embraces Vigo County, Indiana, where the State Court Action is pending.

**REMOVAL IS TIMELY**

3. Less than thirty (30) days ago, on December 9, 2024, Travelers was served with a Summons, Complaint, Request for Jury Demand, and Request for Production of Documents.

4. On December 31, 2024, Travelers filed its *Motion for Enlargement of Time* up to and including January 31, 2025, to respond to Plaintiffs' Complaint, and the Vigo Superior Court granted the motion on January 6, 2025. *See* ECF No. 1-3 at 64-68.

5. There have been no other proceedings in the State Court Action.

6. Thus, Travelers' Notice of Removal is timely under 28 U.S.C. § 1446(b).

**DIVERSITY JURISDICTION EXISTS**

7. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Plaintiff, Physical Media Distribution LLC is a foreign limited liability company incorporated in the State of Delaware with its principal place of business located at 1154 S. Robertson Boulevard, Los Angelas, California.

9. The sole member of Physical Media Distribution LLC is Amir Ahdoot and, upon sufficient information and belief, Ahdoot is a resident Florida or California.

10. Plaintiff, Deuce Entertainment, LLC is a foreign limited liability company incorporated in California with its principal place of business located at 8701 Collins Avenue, Unit 401, Surfside, Florida.

11. The sole member of Deuce Entertainment, LLC is Amir Ahdoot and, upon sufficient information and belief, Ahdoot is a resident Florida or California.

12. Plaintiff, Midwest Warehousing & Fulfillment LLC is a domestic limited liability company incorporated in the State of Indiana with its principal place of business located at 1154 S. Robertson Boulevard, Los Angelas, California.

13. The members of Midwest Warehousing & Fulfillment LLC are Fruitridge Investment LLC and RER Group LLC.

14. Fruitridge Investment LLC is a domestic limited liability company incorporated in Indiana with its principal place of business located at 1154 S. Robertson Boulevard, Los Angelas, California.

15. The sole member of Fruitridge Investment LLC is Amir Ahdoot and, upon sufficient information and belief, Ahdoot is a resident Florida or California.

16. RER Group LLC a foreign limited liability company incorporated in the State of New York with its principal place of business located at 110 Jericho Turnpike, New Hyde Park, New York.

17. The members of RER Group LLC are Emmanuel Hourizadeh and Raymond Nouvahian and, upon sufficient information and belief, Hourizadeh and Raymond Nouvahian are residents of New York, respectively.

18. Plaintiff, Topaz Distribution, LLC is a foreign limited liability company incorporated in Delaware with its principal place of business located at 8701 Collins Avenue, Unit 401, Surfside, Florida

19. The sole member Topaz Distribution, LLC is Amir Ahdoot and, upon sufficient information and belief, Ahdoot is a resident Florida or California.

20. Pursuant to 28 U.S.C. § 1332(c)(1), Plaintiffs are citizens of Florida, California, and/or New York.

21. Defendant, Travelers, is an insurance company organized under the laws of Connecticut with its principal place of business in Connecticut.

22. Pursuant to 28 U.S.C. § 1332(c)(1), Defendant, Travelers, is a citizen of Connecticut.

23. Based on the foregoing, Plaintiffs and Defendant are citizens of different states pursuant to 28 U.S.C. § 1332(a)(1).

24. The State Court Action arises out of a dispute over the amount of insurance coverage owed due to water damage.

25. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiffs, are claiming over $91,000 in damages against Travelers. Additionally, Plaintiffs

have also asserted a bad faith claim against Travelers, which allows for punitive damages up to three times the compensatory damages awarded. *See* ECF 1-2 at 5-6 (Complaint, ¶¶28-34); *see also Copak v. State Farm Mut. Auto. Ins. Co.*, No 2:12-cv-000400-JD, 2013 WL 450198, at *2 (N.D. Ind. Feb. 6, 2013) ("If [the plaintiff] were to be awarded the maximum punitive damages allowed by Ind. Code § 34-51-3-4, the amount in controversy would be approximately $100,000.").

26. The State Court Action does not fall within any class of actions under which applicable rules, laws, or statutes limit or prohibit removal to this Court.

27. For these reasons, the State Court Action is properly removed to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

## STATUTORY REQUIREMENTS

28. Pursuant to 28 U.S.C. § 1446(a), the State Court Record as of the date of this Notice of Removal is attached and includes the following: Appearances, Complaint (with exhibits), Summons, Certificate of Service, Motion for Enlargement of Time, and the Order granting the Motion for Enlargement of Time. Travelers has attached each of these documents to this Notice.

29. Under 28 U.S.C. § 1446(d), Travelers will file a copy of this *Notice of Removal* with the Vigo Superior Court, Indiana, and Travelers will serve Plaintiffs with both this *Notice of Removal* and the *Notice of Filing Notice of Removal*.

WHEREFORE, Travelers, by counsel, notifies this Court of the removal of the State Court Action.

          LEWIS WAGNER, LLP

          */s/ Eric C. McNamar*
          ERIC C. MCNAMAR, #22467-49
          EDMUND L. ABEL, #36293-49
          PETER M. ELLIOTT, #32576-49
          *Counsel for Travelers Property Casualty Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Michael L. Schultz
Courtney L. Darcy
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 North Illinois Street, Stuie 1800
Indianapolis, IN  46204
mschultz@parrlaw.com
cdarcy@parrlaw.com

                                                          */s/ Eric C. McNamar*
                                                          ERIC C. MCNAMAR, #22467-49

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
emcnamar@lewiswagner.com
eabel@lewiswagner.com
cwilson@lewiswagner.com
pelliott@lewiswagner.com